UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOLANDA JOHNSON HALL                      CIVIL ACTION

VERSUS                                    NUMBER: 18-7342

NANCY A. BERRYHILL, ACTING                SECTION: "H"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE